UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR3118-JLS |
|---|---|
| Plaintiff, | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| v. | |
| IVAN SALGADO-EPITACIO, | |
| Defendant. | |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for November 13, 2020 shall be continued to **December 18, 2020** at **1:30 p.m.**  Time is excluded to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  November 10, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

20CR3118-JLS